1115

## C. D. GREENE v. STATE.

No. 16586.

Court of Criminal Appeals of Texas.

Feb. 7, 1934.

Storey, Storey & Donaghey, J. S. Cook, and Harry Mason, all of Vernon, for appellant.

Ed L. Gossett, Dist. Atty., of Vernon, and Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Misapplication of public funds is the offense; penalty assessed at confinement in the penitentiary for five years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## Jess GRIMES v. STATE.

No. 16477.

Court of Criminal Appeals of Texas.

Jan. 31, 1934.

Floyd Harry, of Farmersville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for gaming; the punishment assessed being a fine of $25.

Appellant has filed his affidavit with this court advising that he does not further desire to prosecute his appeal, and asks that the same be withdrawn. In compliance with his request, the appeal is dismissed.

## Jim F. HOGANS v. STATE.

No. 16426.

Court of Criminal Appeals of Texas.

Jan. 10, 1934.

J. W. Ellington, of Center, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Unlawfully manufacturing intoxicating liquor is the offense; penalty assessed at confinement in the penitentiary for two years.

We have perceived no irregularity in the proceedings. The indictment appears sufficient, as well as the charge of the court, the judgment, and other matters essential to the trial.

The judgment is affirmed.

## Arthur HOWARD v. STATE.

No. 16486.

Court of Criminal Appeals of Texas.

Jan. 31, 1934.

H. L. Jones and R. E. Eubank, both of Paris, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for assault to murder; punishment, five years in the penitentiary.

We find accompanying the record an affidavit apparently signed by the appellant, requesting leave to withdraw his appeal. The request is granted.

The appeal is dismissed.